[Cite as *10/29/2002 Case Announcements*, 2002-Ohio-5876.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*October 29, 2002*

## RECONSIDERATION OF PRIOR DECISIONS

2001–1009.  Cleveland Elec. Illum. Co. v. Lake Cty. Bd. of Revision.
Board of Tax Appeals, Nos. 00–K–1751, 00–K–1752, 00–K–1753, 00–K–1754, 00–K–1755, 00–K–1756, 00–K–1757 and 00–K–1758. Reported at 96 Ohio St.3d 165, 2002-Ohio-4033, 772 N.E.2d 1160.
  On motion for reconsideration of Thomas M. Zaino, Tax Commissioner of Ohio. Motion denied.
  COOK, J., not participating.

2001–1303.  Wiles v. Medina Auto Parts.
Medina App. No. 3131–M. Reported at 96 Ohio St.3d 240, 2002-Ohio-3994, 773 N.E.2d 526. This cause came on for further consideration upon appellant's motion for reconsideration and the motion for reconsideration of amici curiae Ohio Employment Lawyers Association, Ohio Academy of Trial Lawyers, et al. Upon consideration thereof,
  IT IS ORDERED by the court that appellant's motion for reconsideration be, and hereby is, denied.
  DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.
  IT IS FURTHER ORDERED by the court that the motion for reconsideration of amici curiae be, and hereby is, granted.
  PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

2001–1872.  S. Broad Co., Ltd. v. Montgomery Cty. Bd. of Revision.
Board of Tax Appeals, No. 00–M–2065. Reported at 96 Ohio St.3d 165, 2002-Ohio-4033, 772 N.E.2d 1160.
  On motion for reconsideration of Thomas M. Zaino, Tax Commissioner of Ohio. Motion denied.
  COOK, J., not participating.